**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-6530

ALAN WADE JOHNSON,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:18-ct-03114-D)

Submitted:  September 24, 2019                    Decided:  September 27, 2019

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alan Wade Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alan Wade Johnson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint against prison officials under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. United States*, No. 5:18-ct-03114-D (E.D.N.C. Apr. 9, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*